# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOEBEY CALDWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 8:23-cv-00649-JWH-PVC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended |
| 2 | Complaint, Defendant's Motion to Dismiss, all the records and files herein, and |
| 3 | the Report and Recommendation of the United States Magistrate Judge.  The |
| 4 | time for filing Objections to the Report and Recommendation has passed and no |
| 5 | Objections have been received.  Accordingly, the Court hereby **ORDERS** as |
| 6 | follows: |

1. The Court **ACCEPTS** and **ADOPTS** the findings, conclusions, and recommendations of the Magistrate Judge.

2. Defendant's Motion to Dismiss is **GRANTED**.  The First Amended Complaint is **DISMISSED**, and Judgment shall be entered **DISMISSING** this action **without prejudice** for lack of jurisdiction.

3. The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendant.

**IT IS SO ORDERED.**

Dated: October 23, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE