JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOEBEY CALDWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 8:23-cv-00649-JWH-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned action is **DISMISSED without prejudice** for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: October 23, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-